Case: 5:18-cr-00063-KKC   Doc #: 250   Filed: 02/15/24   Page: 1 of 1 - Page ID#: 1654

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

United States of America
v.

Robert P. McGowan

)
)  Case No: 5:18-CR-063-S-KKC-01
)
)  USM No: 22016-032
)
)  Mark A. Wohlander
)  *Defendant's Attorney*

Date of Original Judgment: 03/20/2019
Date of Previous Amended Judgment: 03/22/2019
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  94 months.

*(See Page 2 for additional parts.  Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  March 22, 2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 15, 2024

Effective Date: February 25, 2024
*(if different from order date)*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY